UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Cody James Estep**  Docket No. 5:19-CR-173-1BO

### Petition for Action on Supervised Release

COMES NOW Lee Holmes, Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Cody James Estep, who, upon an earlier plea of guilty to Distribution of a Quantity of Cocaine, in violation of 21 U.S.C. §§ 841(a)((1) and (b)(1)(C), and Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. §§ 924(c)(1)(A) and (c)(1)(A)(i), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on July 8, 2020, to the custody of the Bureau of Prisons for a term of 66 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Cody James Estep was released from custody on February 8, 2024, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Due to the nature of the instant offense and the defendant's history of opioid addiction, it is recommended that a drug aftercare condition be added to the conditions of supervision. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,  I declare under penalty of perjury that the foregoing is true and correct.

/s/ Maurice J. Foy  /s/ Lee Holmes
Maurice J. Foy  Lee Holmes
Supervising U.S. Probation Officer  Probation Officer
 310 New Bern Avenue, Room 610
 Raleigh, NC 27601-1441
 Phone: 910-354-2568
 Executed On: April 26, 2024

Cody James Estep
Docket No. 5:19-CR-173-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __26__ day of __April__, 2024, and ordered filed and made a part of the records in the above case.

_/s/ Terrence Boyle_
Terrence W. Boyle
United States District Judge